IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| PRO-MARK SERVICES, INC. <br><br>Plaintiff, <br><br>v. <br><br>ATLANTIC SPECIALTY INSURANCE COMPANY <br><br>Defendant. | Civil Action No. 3:22-cv-158 |

## JOINT STATUS REPORT

Pursuant to this Court's May 12, 2023 order staying this litigation until July 11, 2023, Plaintiff Pro-Mark Services, Inc. ("Pro-Mark") and Defendant Atlantic Specialty Insurance Company ("ASIC") provide this status report. Pro-Mark and ASIC are in the process of finalizing a settlement agreement. Accordingly, the parties respectfully request that the Court extend its stay by forty-five (45) days to August 25, 2023.

Dated:  July 10, 2023                                             Respectfully submitted,


*/s/ Kristin C. Davis*                                                */s/ David F. Cutter*
Kristin C. Davis                                                      David F. Cutter
THOMPSON HD LAW                                        BATESCAREY LLP
1717 K Street NW, Suite 900                               191 North Wacker, Suite 2400
Washington, DC 20006                                       Chicago, Illinois 60606
Tel: (202) 367-6178                                              Tel: (312) 762-3100
Fax: (202) 318-5356                                             Fax: (312) 762-3200
kdavis@thompsonhd.com                                  dcutter@batescarey.com

Christopher Edison                                             ***Counsel for Defendant Atlantic Specialty***
BORMANN, MYERCHIN, ESPESETH &      ***Insurance Company***
EDISON, LLP
P.O. Box 995
418 E. Broadway Avenue, Suite 240

Bismarck, ND 58502-0995
Tel: (701) 250-8968
Fax: (701) 250-8982
Chris.edison@bmellp.com

***Counsel for Plaintiff Pro-Mark Services, Inc.***