IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| PRO-MARK SERVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> ATLANTIC SPECIALTY INSURANCE COMPANY <br><br> Defendant. | Civil Action No. 3:22-cv-158 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Pro-Mark Services, Inc. ("Pro-Mark"), by and through its undersigned attorneys, hereby kindly asks the Court to dismiss with prejudice Pro-Mark's above captioned claims against Defendant Atlantic Specialty Insurance Company ("ASIC").

Dated: July 25, 2023

Respectfully submitted,

/s/ Kristin C. Davis
Kristin C. Davis
Gary Thompson (pro hac vice to be submitted)
THOMPSON HAMMERMAN DAVIS LLP
1015 15th Street NW, Suite 600
Washington, DC 20005
Tel: (202) 367-6178
Fax: (202) 318-5356
kdavis@thompsonhd.com
gthompson@thompsonhd.com

Christopher Edison
BORMANN, MYERCHIN, ESPESETH & EDISON, LLP
P.O. Box 995
418 E. Broadway Avenue, Suite 240
Bismarck, ND 58502-0995

Tel: (701) 250-8968
Fax: (701) 250-8982
Chris.edison@bmellp.com

***Counsel for Plaintiff Pro-Mark Services, Inc.***

2